1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2 PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3 ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney
4
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102-3495
    Telephone: (415) 436-7298
6   Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov
7
Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 CHENGJIE LI,

                                          Case No. 3:24-cv-07508 TSH
              Plaintiff,
13
14    v.                                  **STIPULATION TO EXTEND TIME FOR
                                          DEFENDANT'S RESPONSE TO PLAINTIFF'S
15 UNITED STATES DEPARTMENT OF            COMPLAINT; AND [PROPOSED] ORDER**
   HOMELAND SECURITY,
16
              Defendant.
17

18
       The parties, through their undersigned attorneys, hereby stipulate to an extension of time for
19
Defendant's response to Plaintiff's complaint.  Defendant will file their response on or before
20
February 3, 2025. The parties make this request because Defendant needs a brief period of additional
21
time to prepare their response.
22
       The parties further request a corresponding extension on the deadline for filing a motion for
23
summary judgment under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 5.  Currently,
24
Defendant must file a motion for summary judgment by 120 days after the complaint was served, or
25
March 4, 2025.  In view of the agreed-upon extension for Defendant's response to the complaint, the
26
parties request that Defendant must file their motion for summary judgment by April 3, 2025.
27

28
Stipulation to Extend
C 3:24-cv-07508 TSH                        1

1   Dated: January 3, 2025                   Respectfully submitted,[1]

2                                     ISMAIL J. RAMSEY
                                     United States Attorney

3

4                                 */s/ Elizabeth D. Kurlan*
                                     ELIZABETH D. KURLAN

5                                     Assistant United States Attorney
                                     Attorneys for Defendant

6

7   Dated: January 3, 2025

8                                */s/ Kristina David*
                                     KRISTINA DAVID

9                                     David Strashnoy Law, PC
                                     Attorney for Plaintiff

10

11

12

13                            **[PROPOSED] ORDER**

14      Pursuant to stipulation, IT IS SO ORDERED.

15   Date:     January 3, 2025

16

17                                THOMAS S. HIXSON
                               United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27      [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

28

Stipulation to Extend
C 3:24-cv-07508 TSH                    2